19,590-04

April 20, 2015

Abel Acosta, Clerk
Court of Criminal Appeals
Post Office Box 12308, Capitol Station
Austin, TX  78711-2308

Ref:  Ex parte Moncier, WRIT NO. WR-19-590-04

MOTION DENIED
DATE: 5-8-15
BY: PC

Sub:  Filing of Pleadings

Dear Mr. Acosta:

Please Find enclosed herewith the original copies of my —

1)  MOTION FOR TOLLING OF THE RULES

2)  "OBJECTIONS" TO NON-SERVICE OF TRIAL COURT'S "RECOMMENDATION"

3)  TRAVERSE TO RESPONSE TO SUBSEQUENT HABEAS APPLICATION

Please File the same in the Papers of the aforesaid WRIT.

Please Forward the same to the Court's Attention.

Please Note my MOTION FOR TOLLING, as I have NO way to Serve you with other "originals" of my said Pleadings.

Thank you.

Sincerely yours,

Daniel Dewayne Moncier
#388080        Allred Unit
2101 FM 369 N
Iowa Park, TX  76367-6568

Postscript:

Please also Find enclosed herewith the original copy of my CERTIFICATE OF SERVICE to the Collin County district Attorney's Office:  I Apologize for forgetting to Enter that hereonabove.

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 27 2015
Abel Acosta, Clerk

IN THE COURT OF CRIMINAL APPEALS

at Austin, Texas

| | | |
|---|---|---|
| EX PARTE | § | HABEAS CORPUS CASE |
| | | NO. WR-19,590-04 |
| | § | |
| DANIEL DEWAYNE MONCIER, | § | |
| | § | |
| | | TRIAL COURT CASE |
| APPLICANT. | § | NO. W199-092R-84-HC4 |

## APPLICANT'S MOTION FOR TOLLING OF THE RULES

TO THE HONORABLE JUDGES OF THE SAID COURT:

COMES NOW Daniel Dewayne Moncier, Applicant for the Writ of Habeas Corpus, pro se, in the above-Styled and numbered Habeas Action, who Presents this Instrument as his MOTION FOR TOLLING OF THE RULES, Moves this Honorable Court to GRANT him the RELIEF Requested, and Shows this Court the following:

1.  Applicant Assumes that there in a Rule of this Court that pertains to how many copies he has to File with the Court in furtherance of his Prosecution of his said APPLICATION.

2.  Applicant is Indigent, and has NO way, at all, to photocopy the original pages of THIS Pleadings, his "OBJECTIONS", and his TRAVERSE, all of which are Submitted herewith, and Submit them to this Court's Clerk for Processing.

3.  Furthermore, he has NO way to TYPE all such necessary copies, as he so Assumes is Necessary.

4.  Additionally, his Legal Assistant, John Rod Thomas, is TOO ILL to Prepare all such copies.

Motion for Tolling of the Rules

5.     Also, neither Applicant nor Thomas HAS ENOUGH TYPING PA-PER or CARBONS to Make so many Assumed necessary copies.

6.     WHEREFORE, ALL EXPRESS AND IMPLIED PREMISES CONSIDERED, Applicant PRAYS that this Honorable Court will GRANT him an EXEMP-TION from the applicalble Rules of this Court via a TOLLING thereof.

7.     SIGNED on this the __20th__ Day of April, 2015.

Respectfully submitted,

Daniel Dewayne Moncier
#388080     Allred Unit
2101 FM 369 N
Iowa Park, TX  76367-6568